IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr63 HSO-RHW

REGINA COOPER  18 U.S.C. § 4

**The United States Attorney charges:**

That on or about May 29, 2015, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **REGINA COOPER**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to possess with intent to distribute a controlled substance, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Section 4, Title 18, United States Code.

_Ruth R. Morgan, Supervisory AUSA_
for GREGORY K. DAVIS
United States Attorney